**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| VS § | CRIMINAL NO. **L-05-1906** |
| **GREGORIO VENACIO ALBORES-RODRIGUEZ** | |

# O R D E R

BE IT REMEMBERED on this   28TH   day of   OCTOBER  , 2005 , the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **October 13, 2005**, wherein the defendant waived appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution.  The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted.

SIGNED this the  28TH  day of   OCTOBER  , 2005.

_____
George P. Kazen
United States District Judge